In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00079-CR
NO. 09-14-00080-CR
NO. 09-14-00081-CR
NO. 09-14-00082-CR
NO. 09-14-00083-CR
NO. 09-14-00084-CR
NO. 09-14-00085-CR
NO. 09-14-00086-CR

_____

**PAUL T. BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause Nos. D120300-R, D120303-R, D120306-R, D120309-R,**
**D120312-R, D120315-R, D120318-R, and D120321-R**

**MEMORANDUM OPINION**

On December 4, 2013, Paul T. Brown filed a notice of appeal from sentences imposed on June 4, 2012. The notice of appeal was filed with the trial court more than thirty days from the date of sentencing and outside the time for

1

requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. The appellant filed a response but failed to show that he filed a timely notice of appeal.

The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that the appellant obtained out-of-time appeals from the Texas Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain these appeals. Accordingly, the appeals are dismissed for want of jurisdiction.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered March 26, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.